**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUKE M. RICHARDSON, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPT., et al.,<br><br>  Defendants. | Case No. EDCV 13-1922-SJO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and both the original and Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the original Report and Recommendation to which Plaintiff objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Defendants' Motion for Summary Judgment and dismissing this action with prejudice.

DATED: May 28, 2015

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE