JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE M. RICHARDSON, JR., | Case No. EDCV 13-1922-SJO (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 28, 2015.

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE